UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Shenzhen Qingsong Haitao Shangwu Co., Ltd | ) ) ) | |
| Plaintiff, | ) ) | Case No. |
| v. | ) ) | Complaint for Declaratory Judgment |
| AFG Media, Ltd. | ) ) | |
| Defendant. | ) ) ) | Demand for Jury Trial |

**COMPLAINT FOR DECLARATORY JUDGMENT**

Plaintiff Shenzhen Qingsong Haitao Shangwu Co., Ltd ("Qingsong Haitao" or "Plaintiff") alleges as follows for its Complaint for Declaratory Judgment against Defendant AFG Media, Ltd. ("AFG Media" or "Defendant").

**NATURE OF THE ACTION**

1. This case is about whether the Defendant can claim ownership through copyright over a generic Halloween costume idea. Defendant AFG Media, Ltd filed a baseless copyright infringement allegation to Amazon.com ("Amazon") against Defendant and Amazon seller Shenzhen Qingsong Haitao Shangwu Co., Ltd ("Qingsong Haitao") causing Amazon to delist Plaintiff's products.

2. As will be readily apparent, Qingsong Haitao's Halloween costumes are unrelated to AFG Media's Halloween costumes and thus do not infringe AFG Media's copyright.

**JURISDICTION AND VENUE**

3. This is an action under the Declaratory Judgment Act, 28 U.S.C.§§ 2201 and 2202, seeking a declaratory judgment that Plaintiff has not infringed U.S. Copyright No. VA 2-261-150 (the "Copyright", Exhibit A.).

4. This court has original jurisdiction over the subject matter of this action pursuant to the Copyright Act, 17 U.S.C. §§101 et seq., pursuant to 28 U.S.C. §§1331, 1332(a) and (c),1338(a), and pursuant to the Declaratory Judgment Act, 28 U.S.C. §§2201 and 2202.

5. Venue is proper in this District pursuant to 28 U.S.C. § 1391, as the Court may exercise personal jurisdiction over Defendant. Defendant purposefully directs business activities toward consumers in the United States, including Illinois, through at least one fully interactive, e-commerce store. Specifically, Defendant has targeted Illinois residents by establishing and operating e-commerce stores that market to U.S. consumers, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and, on information and belief, have made sales to Illinois residents. Accordingly, venue in this District is proper under 28 U.S.C. §§ 1391(b) and 1391(c).

6. Personal jurisdiction is also proper because prior to Defendant's submission of a copyright infringement complaint to Amazon, Plaintiff sold its Halloween Costumes in Illinois, however since Amazon has delisted the products at Defendant's request, Plaintiff can no long sell its costumes in Illinois through Amazon.

7. An actual case or controversy exists between the parties to this action. Plaintiff submitted a copyright infringement complaint to Amazon, which has led to the removal of Plaintiff's Amazon product listing.

8. Defendant's actions give rise to an actual controversy under 28 U.S.C. § 2201, as the product's delisting from Amazon has prevented Plaintiff from selling products on the platform, causing significant financial loss.

## PARTIES

9. Plaintiff Shenzhen Qingsong Haitao Shangwu Co., Ltd is a limited liability corporation organized under the laws of the People's Republic of China. Its principal place of business is at Room 503, Unit 8, Building 2, Shangxing Business Street, Shangde Avenue, Shangxing Community, Xinqiao, Bao'an District, Shenzhen, China. Qingsong Haitao sells products under the seller ID A1PGL59I4SL2T1.

10. On information and belief, Defendant AFG Media, LTD is a company organized under the laws of the United Kingdom, having its principal place of business at 25 Silvermills Court, Henderson Place Lane, Edinburgh, Eh3 5dg, United Kingdom and a registered address of Ground Floor, The Tun, 6-8 Jackson's Entry, Edinburgh, Scotland, EH8 8PJ, United Kingdom. AFG Media sells products through its website at www.morphsuits.com.

## DEFENDANT'S COPYRIGHT

11. The Copyrighted image depicts a novelty costume featuring an inflatable alien figure carrying a person. The costume is designed to create the illusion that the wearer, who fits into the alien figure, is being held by the alien.

12. Such "carry me" costumes were not invented by Defendant, and indeed, are extremely common, and long predate Defendant's costume. Alien Carry Me costumes are an extremely common variation, which variation also long predates Defendant's design. There is nothing original about Defendant's costume.

13. To the extent it is not merely functional (and thus not protected by copyright), Defendant's costume is not an original work of authorship, consisting of a simplistic stereotypical alien "carrying" a person in a simple black suit.

## INFRINGEMENT ALLEGATION AND AMAZON DELISTING

14. Defendant submitted a complaint to Amazon sometime in May or Early June 2024 claiming that Plaintiff's images infringed Defendant's copyright. Amazon designated the complaint as "Complaint ID: 16333490981" and described the infringement as "Copyright Product Packaging". As a result, in an email dated June 4, 2024, from Amazon ("Delisting Email I"), Amazon notified Plaintiff that Amazon had "removed the listings" for the Amazon Standard Identification Numbers ("ASIN") B0D4V9Z72F. A copy of the Delisting Email I is attached as Exhibit B.

15. Defendant submitted a second complaint to Amazon sometime in October 2024 claiming that Plaintiff's images infringed Defendant's copyright. Amazon designated the complaint as "Complaint ID: 16462286371", this time describing the alleged infringement as "Copyrighted text on the product detail page". In email dated October 18, 2024, from Amazon ("Delisting Email II", together with Delisting Email I, collectively referred to as "Delisting Emails"), Amazon notified Plaintiff that Amazon had "removed the listings" for the ASIN B0D9NPTWKZ A copy of the Delisting Email II is attached as Exhibit C.

16. In the Delisting Emails, Amazon references the copyright and identifies the rights owner as J. Tornai, who has a morphsuits.co.uk email address.

## QINGSONG HAITAO PRODUCTS

17. Qingsong Haitao's Halloween costumes also consist of novelty costumes featuring an inflatable alien figure carrying a person, in Plaintiff's design a baby, in a humorous

pose, creating the illusion that the wearer, who fits into the alien figure, is a baby being held by the alien.

18. Photographs of Qingsong Haitao's Halloween costumes are included below. The first image shows the Halloween costume with the ASIN B0D9NPTWKZ. The second image shows the Halloween costume with the ASIN B0D4V9Z72F.



Fig. 1, Qingsong Haitao's first Halloween costume.



Fig. 2, Qingsong Haitao's second Halloween costume.

19. Plaintiff's Halloween costumes are not substantially similar to the copyrighted images. While Plaintiff's and Defendants' Halloween costumes both embody the general concept of an alien carrying a human figure, Plaintiff's Halloween costumes diverge significantly in terms of color scheme, shape, and design details. Plaintiff's Halloween costumes also lack any distinctive markings or features that are unique to the Copyright, presenting a distinctly different visual impression to the ordinary observer.

20. In contrast to Defendant's Halloween costume, Plaintiff's costume is original, and thus protected by copyright. Moreover, Plaintiff's costume is protected as a design patent, which Plaintiff has licensed from the patent holder. See, Exhibit D U.S. Patent No. USD1039790S.

## COUNT I: NONINFRINGEMENT

21. Qingsong Haitao hereby restates and realleges the allegations set forth in each of the foregoing paragraphs. The making, use, sale, offer for sale and/or importation in the United States of Qingsong Haitao's Halloween costumes do not infringe the Copyright for at least the following reasons:

    a. Defendant's claimed copyright is not an original work of authorship, lacking any original non-functional design.

    b. In the alternative, to the extent that Defendant's Halloween costume is protected by copyright, the scope of that protection is narrow, and Plaintiff's Halloween costume is not substantially similar to any protectible element of Defendant's copyright, and thus does not infringe.

## PRAYER FOR RELIEF

WHEREFORE, Qingsong Haitao prays that this Court:

    A.    Declare that Qingsong Haitao's Halloween costumes do not infringe U.S. Copyright No. VA 2-261-150.

    B.    Award Qingsong Haitao such other and further relief this Court may deem just and proper.

Dated: November 5, 2024

Respectfully Submitted,
By: /s/ Benjamin Solter
Benjamin Solter
Cross-Border Counselor LLP
7755 Center Ave., Suite 1100
Huntington Beach, CA 92647
Direct Telephone No.: (781) 752-6369
Office Telephone No.: (858) 338-3383
bsolter@cbcounselor.com