UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Shenzhen Qingsong Haitao Shangwu Co., Ltd <br> Plaintiff, <br><br> v. <br><br> AFG Media, Ltd. <br> Defendant. | ) <br> ) <br> ) Case No. 1:24-cv-11445 <br> ) <br> ) Judge Rebecca R. Pallmeyer <br> ) Magistrate Judge Heather K. McShain <br> ) |

**ORDER**

This matter came before the Court for a telephonic status hearing on December 11, 2025. Having considered the parties' statements on the record and the filings concerning witness Zhang Xueyan's efforts to obtain a U.S. nonimmigrant visa,

THE COURT HEREBY ORDERS:

1. Within twenty-one (21) days of the entry of this Order, witness Zhang Xueyan shall submit a renewed application for a U.S. nonimmigrant visa for the limited purpose of traveling to the United States to provide deposition testimony in this case. Plaintiff shall make all necessary and reasonable efforts to facilitate the submission of the renewed application.

2. In connection with the renewed application and any interview, Ms. Zhang shall (i) include, to the extent the online visa application process permits submission of supporting materials, and (ii) bring to the interview for presentation to the consular officer, a copy of the Court's October 27, 2025 Order (Dkt. 27) and supporting documentation demonstrating her ties to the People's Republic of China and her intent to return after a temporary visit. Such supporting documentation shall include, to the extent applicable: (a) employment verification from her employer confirming

her current employment/position and the expected continuation of her employment; (b) approved leave (or other employer confirmation of her ability to travel temporarily and return to work); (c) proof of current residence in China; and (d) proof of family ties and/or other obligations in China (e.g., household registration, marriage certificate, or similar documentation). Ms. Zhang shall present these materials at the interview if permitted, and shall state in her declarations below (to the best of her knowledge) whether each category of supporting documentation was uploaded (if possible), presented at the interview, and accepted/retained by the consular officer.

3. Within seven (7) days after submitting the renewed application, Ms. Zhang shall file a declaration confirming submission and attaching: (a) the DS-160 confirmation page; (b) the interview appointment confirmation; (c) an updated screenshot from the U.S. Department of State's Visa Status Check/CEAC system reflecting the status of the renewed application; and (d) a dated checklist identifying each document she (1) submitted online (if any) and (2) intends to bring to the interview in support of the renewed application, including the Court's October 27, 2025 Order (Dkt. 27) and the categories of supporting documentation described above.

4. Within seven (7) days after her visa interview, Ms. Zhang shall file a supplemental declaration attaching any written notice of the decision provided by the Consulate and an updated status screenshot, and further stating (to the best of her knowledge) whether the items identified on her checklist were presented at the interview and whether any such items were accepted/retained by the consular officer or declined/not accepted.

5. Any filings under this Order shall comply with Fed. R. Civ. P. 5.2 and shall redact personal identifiers.

Dated: January 5, 2026

ENTERED:

_____
Judge Rebecca R. Pallmeyer