UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shenzhen Qingsong Haitao Shangwu Co., Ltd )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>AFG Media, Ltd. )<br>        Defendant. )<br>) | Case No. 24-cv-11445<br><br>Honorable Rebecca R. Pallmeyer |

**DECLARATION OF ZHANG XUEYAN**

I, Zhang Xueyan, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge and belief:

1. My name is Zhang Xueyan, and I am a citizen of the People's Republic of China.

2. In connection with the above-captioned case, I was requested by Shenzhen Qingsong Haitao Shangwu Co., Ltd. to apply for a U.S. nonimmigration visa for the purpose of traveling to the United States to provide deposition testimony.

3. My first visa application was denied. On January 7, 2025 (Beijing Time), I submitted a new nonimmigration visa application (Form DS-160) online through the U.S. Department of State's Consular Electronic Application Center. The application was filed with the U.S. Consulate General in Guangzhou, China. A visa interview has been scheduled for February 6, 2026 (Beijing Time).

4. To my best knowledge, the online visa application system does not allow applicants to upload supporting documents. Therefore, in support of my visa application, I plan to

present the following materials in person at my scheduled visa interview at the U.S. Consulate General in Guangzhou:

- DS-160 Confirmation page (see Exhibit 1);

- Valid passport issued by the People's Republic of China (see Exhibit 2);

- Appointment Confirmation letter for the visa interview (see Exhibit 3);

- Certification Letter  (see Exhibit 4) issued by my employer, certifying (i) my current employment status, (ii) approved leave for the duration of my participation in the deposition, (iii) my current residential in China, and (iv) my family ties in China.

- The Court's October 27, 2025 Order (see Exhibit 5).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 13, 2026

Zhang Xueyan
Zhang Xueyan

**Exhibit 1**



## U.S. DEPARTMENT of STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

**Online Nonimmigrant Visa Application (DS-160)**

# Confirmation

**确认已递交 非移民签证的申请**



| | | |
|---|---|---|
| 提供的姓名: | ZHANG, XUEYAN | 选定的地点: |
| 出生日期 | 2000 | **GUZ** |
| 出生地 | XINXIANG, CHINA | **U.S. Consulate General Guangzhou Consular Section** |
| 性别 | Female | **43 Hua Jiu Road, Zhujiang New Town** |
| 所属国家/地区 (国籍)：(比如:中国大陆="China") | CHINA | **Tianhe District** |
| 护照号码: | I | **Guangzhou, P.R.C. 510623** |
| 旅行目的 | BUSINESS/PERSONAL (B1/B2) | |
| 完成于: | 06 JAN 2026 | |
| 信息确认号码: | **AA00F8YDQF** | Version 01.10.0 |

**这不是一张签证**

通过电子方式递交DS-160表只是签证申请程序的第一步。下一步是查阅 网页 使馆或领馆 您准备申请签证的地方。大部分申请人都需要预约一个面谈，但有些申请人可能符合续签的资格。 使馆或领馆 可能包括当地具体预约面谈、递交申请及其它常见问题的信息。

**您必须携带** 请在申请全程中携带确认页及下列所有文件
 **护照**

您还可以提供任何您认为有助于您申请的其它材料。

# Instructions

面谈时必须提交带有清晰可辩条形码的确认页。如您现在没有打印机，请选择将您的确认页发送至一电子邮件地址。您可将您的申请打印并发送电子邮件为自己存档。但您面谈时无须递交申请表格。

请注意您须提供已支付签证申请费用及其它任何与签证有关费用的证据。有可能还有其它与签证审理有关的费用，请查看您自己国家的 互惠一览表 如您需要了解其它签证费用。

如有其它问题，或想知道如何联系领事处，请访问 https://china.usembassy-china.org.cn/visas/ 或 http://travel.state.gov.

注意： 除非豁免不用面谈，否则您需以提供生物签名的方式签署您的申请，既在一领事官员面前录入指纹。提供此生物签名，您是在证明：您知道做伪证是要受处罚的。您已经阅读并理解您非移民签证表格中的问题，所有上面的陈述都是您自己的陈述，是尽您所知的真实完整的陈述。还有，在面谈时，您需要证明：您申请表格以及面谈时的所有陈述均是尽您所知的真实及完整的陈述，按照规定，做伪证是要受处罚的。

您已于 在您的申请表格上进行了电子签名。 06-Jan-2026 03:38:43 (GMT-05:00). 除非按规定您被豁免，否则您需要在申请表格上电子签名。即使您的表格不是自己，而是由别人代为准备的。您的电子签名证明：您已经阅读并了解申请表格中的问题，您的回答是尽您所知的真实及正确的回答。任何虚假或误导性的陈述都可能导致永久性拒签，或被拒绝入境美国。按照做伪证要受处罚的条例（28 U.S.C.1746），申请表中所有声明都只是一种没有进行宣誓的声明。

关于您在申请时提交的表格以及其它文件中提供的信息，都可能为具有司法授权的其它政府部门使用，包括法律实施及执行移民法等目的。如果录入您的指纹是您签证审理程序的一部分，那末您的指纹可能会用来与联邦调查局新一代的指纹识别系统（NGI）或其继任系统（包括其它民事、刑事及潜指纹库）里的指纹进行对比。您在申请表格中提供的照片也可能用来确认就业或其它涉及美国法律的目的。

**Exhibit 2**

中华人民共和国外交部请各国军
政机关对持照人予以通行的便利和必
要的协助。

*The Ministry of Foreign Affairs of
the People's Republic of China
requests all civil and military
authorities of foreign countries to
allow the bearer of this passport to
pass freely and afford assistance in
case of need.*

# 中华人民共和国 PEOPLE'S REPUBLIC OF CHINA

**护 照**
PASSPORT

类型/Type
P

国家码/Country Code
CHN

护照号码/Passport No.

姓名/Name

## 张雪妍
ZHANG, XUEYAN

性别/Sex
国籍/Nationality

**女/F**  **中国/CHINESE**

出生地点/Place of birth

**河南/HENAN**

签发地点/Place of issue

**广东/GUANGDONG**

签发机关/Authority

中华人民共和国国家移民管理局
National Immigration Administration,PRC

出生日期/Date of birth
2000

签发日期/Date of issue
29 9月/SEP 2025

有效期至/Date of expiry
28 9月/SEP 2035

持照人签名/Bearer's signature
张雪妍



POCHNZHANG<<XUEYAN<<<<<<<<<<<<<<<<<<<<<<<<<<<<

**Exhibit 3**

# 预约确认

## 主申请人详情

**预约人:**

Xueyan Zhang

**申请人数量:**

1

**护照号码:**

*****7935 👁

**签证类别:**

B1/B2

**签证类型:**

GUANGZHOU All Others

**签证优先:**

Regular

**DS-160 确认编号:**

AA00F8YDQF

## 领事馆面谈详情:

**领事馆面谈次数:**

1

**领事馆面谈编号:**

1

**申请人姓名:**

Xueyan Zhang

**大使馆/领事馆/OFC:**

GUANGZHOU (广州)

**街道地址:**

广州市天河区珠江新城华夏路,（靠近地铁3号线或5号线珠江新城站B1出口）

**街道地址续:**

　　Huaxia Road, Zhujiang New Town, (near Exit B1 of the Zhujiang New Town subway station,
Line 3 and Li

**城市、邮政编码:**

Guangzhou,

**领事馆面谈日期: (YYYY/MM/DD)**

2026/2/6 10:00:00

## 文件送达信息

**申请人姓名:**

Xueyan Zhang

**文件送达方式:**

Pick Up

**地点名称:**

Guangzhou City 广州 / 广州 Guangzhou / 广州-营业部 Guangzhou-Branch Office

**地址 1:**

Guangzhou City 广州 / 广州 Guangzhou / 广州-营业部 Guangzhou-Branch Office

**地址 2:**

广州市天河区天河北路233号中信广场东侧首层 1st Floor, CITIC Plaza, No. 233 Tianhe Road
(North), Tianhe District, Guangzhou, China

**城市:**

广州 Guangzhou

**邮政编码:**

510613

## MRV 费用支付

**申请人姓名:**

Xueyan Zhang

**收据编号:**

CHNG3C4S4S1-1

**金额:**

1332.00 (185.00 USD)

## 条形码

**申请人姓名:**　　　　　　　　**DS-160:**　　　　　　　　**UID:**



说明

**GUANGZHOU (广
州)**
# Instructions for your appointment at the U.S. Consulate in Guangzhou

The U.S. Consulate General Guangzhou is located in Zhujiang New Town. All visa applicants scheduled for interviews should use the Consular Customer Entrance on Huaxia Road, near Exit B1 of the Zhujiang New Town subway station (Line 3 and Line 5).

Your appointment time on this appointment confirmation letter is the time you are expected to arrive at the Consulate, not the time that you will interview with an officer. You will not be admitted to the Consulate before your scheduled time. If you arrive at the Consulate more than 30 minutes after the scheduled appointment time, you will be asked to re-schedule your appointment.

Every person attending the interview must bring a copy of the appointment confirmation letter on the day of their interview at the Consulate. Anyone whose name is not listed on the letter, including children regardless of nationality or age, will not be allowed to enter the Consulate.

The Consulate cannot store prohibited items for you.

Please be aware that the following items are prohibited inside the Consulate:

- Battery-operated or electronic devices such as mobile phones, USB drives, digital watches, pagers, cameras, audio/video cassettes, compact discs, MP3s, floppy disks, laptops, or portable music players.
- Bags such as travel bags, backpacks, briefcases, suitcases, leather, cloth bags, and zip folders. Only small handbags or purses and plastic bags containing application-related papers will be allowed inside the Consulate.
- Food items, including bottled water.
- Sealed envelopes or packages.
- Cigarettes, cigars, matchboxes, lighters.
- Sharp objects such as scissors, pen knives, or nail files.
- Weapons or explosive materials of any kind.
- Other items at the discretion of security staff.

If you have opted for your passport pickup at a CITIC branch, then please keep this Appointment Confirmation Letter and present it when you pick up your passport. It contains the UID number and will greatly facilitate the retrieval of your passport at the CITIC branch.

Please note: www.ustraveldocs.com is the only website that the U.S. Embassy and U.S. Consulates in China have authorized to provide visa information and visa application services. The U.S. Consulate General does not endorse or have a "special relationship" with any other individual or business that offers advice or assistance with the visa process. No

one can guarantee the issuance of a visa to you. The only U.S. consular office in Guangzhou is located in Huaxia Road, Zhujiang New Town. All U.S. government forms are free.

Beware: Many visa applicants lose money or are permanently barred from the United States as a result of misleading information and fraudulent applications provided by visa consultants.

# IMPORTANT REMINDER

In order to ensure timely processing of your visa application, please adhere to the following guidelines. Failure to comply with these guidelines may result in a significant delay in the processing of your visa application.

## All Applicants:

- Please bring the confirmation page of your DS-160.
- Ensure your visa photo is taken less than six months ago. The photo should be square-shaped (50mm X 50mm), in color with a white background, facing forward, not digitally altered, and you are not wearing colored or eye-altering contact lenses. For further details on photo requirements, please visit: Photo Requirements (https://travel.state.gov/content/visas/en/general/photos.html).

## F/M/J Applicants:

- You have the form I-20 (F/M visa) / DS-2019 (J Visa).
- You have already paid your SEVIS fee and must bring the payment confirmation to your interview.
- Your current SEVIS status is Initial or Active.
- In compliance with new regulations, all applicants for this type of visa are requested to set their social media profiles to public and provide usernames and/or direct links to all active and inactive social media profiles on their DS-160 visa application. This information is required to facilitate the processing of your application.

## L Applicants:

- Be prepared to pay the appropriate reciprocity or blanket petition fee at the time of the interview at the Consulate. The reciprocity fee for Chinese L visa applicants is US$105 per L-1 individual petition and L-2 applicant.
- L-1 applicants on blanket petition will need to pay the US$500 fraud prevention and detection fee, regardless of nationality.
- Applicants who will work for companies that employ more than 50 individuals in the United States, and where more than 50% of those staff hold H-1B or L nonimmigrant status, must also pay the US$4,500 border security fee, regardless of nationality.
- The following payment options are acceptable at the Consulate:

  - Cash in U.S. dollars.

- Cash in Chinese Renminbi (RMB), exchanged at the current daily rate in effect at the time of payment as posted by the U.S. Department of State.
- Visa Card, MasterCard, Discover, American Express, or Diners Club. All credit card transactions are in U.S. dollars.

# Accompanying persons for visa applicants:

At the discretion of the Consulate, applicants may bring ONE person to help if they are elderly or disabled. Minor applicants under 14 years old must be accompanied by a parent, a legal guardian, or an individual having legal custody of, or a legitimate interest in the applicant to act as the minor's proxy for the purpose of attesting to and biometrically signing the application. The accompanying adult must possess official government photo identification.

Accompanying adults who do not have a legal relation to the minor should bring a notarized signed affidavit from the minor's parent or legal guardian/custodian authorizing them to act as the minor's proxy for this purpose.

Due to limited space in the visa waiting room, we cannot accommodate visa petitioners or attorneys at the visa interview. For more information, please visit: https://travel.state.gov/content/visas/en/immigrate/immigrant-process/interview/prepare/appointment.html (https://travel.state.gov/content/visas/en/immigrate/immigrant-process/interview/prepare/appointment.html)

# Disability Accommodations

The Consulate would like to ensure that people with disabilities or who need special assistance (e.g., due to hearing or visual impairment, wheelchair use, etc.) have full access to our consular services. If you would like to request an accommodation, please let Consulate staff know when checking in for your appointment.

## 美国驻广州领事馆的预约说明

美国驻广州总领事馆位于珠江新城，所有预约面谈的签证申请人请前往华夏路的领事部客人出入口，靠近地铁 3 号线与 5 号线交汇的珠江新城站 B1 出口。

面谈确认信上的约见时间是您到达领事馆的时间，而不是与签证官面谈的时间。早于预约时间到达您将无法进入领事馆。如果您在面谈预约时间的 30 分钟后才到达领事馆，您必须重新预约。

每一位参加面谈的申请人必须在面谈当天携带面谈确认信到领事馆。任何面谈确认信上没有注明名字的人士将被拒绝进入领事馆，包括任何国籍及年龄的小朋友。

领事馆不能为您保管禁止携带的物品。

请注意以下物品不得带入领事馆：

- 电池供电的设备或电子设备，如手机、U 盘、电子表、寻呼机、相机、录音带/录像带、CD、MP3、软盘、笔记本电脑或便携音乐播放器。
- 旅行包、双肩背包、公文包、手提箱、皮包、布包和拉链式文件夹等箱包。只允许携带装有相关申请文件的小型手包、女士包或塑料袋。
- 包括瓶装水之内的食品。
- 密封信封或包裹。
- 香烟、雪茄、火柴盒、打火机。
- 剪刀、小刀或指甲刀等锋利物品。
- 任何种类的武器或爆炸性物品。
- 其他由安保人员决定禁止携带的物品。

如果您选择在中信银行网点领取您的护照，请保存好这封预约确认信，并在领取护照时出示。这封信包含申请人的UID号码，方便您在中信银行网点领取护照。

声明：http://www.ustraveldocs.com (http://www.ustraveldocs.com) 是美国驻华大使馆和各总领事馆唯一授权的能提供签证信息及申请服务的网站。

美国领事馆从未批准任何其他个人或签证咨询机构就美国签证申请提供建议和帮助，也没有和他们建立任何"特殊关系"。没有人能够保证您的签证申请能获得批准。美国驻广州总领事馆领事部唯一的办公地点位于珠江新城华夏路，且所有美国政府提供的表格均是免费的。

请注意：许多申请人由于使用了咨询机构提供的错误指引和虚假文件而导致金钱的损失或被永久地拒绝进入美国。

# 重要提醒：

为了保证能及时处理您的申请，请遵守下列指引。如果未能按指引提供材料，可能会导致申请被延迟受理。

## 所有申请人：

- 请带上您的 DS-160 确认页。
- 请确保您提供的签证照片是最近6个月内拍摄的，尺寸为50mmX50mm 的白底彩色正面照，没有用电脑软件修饰过，没有佩戴美瞳修饰隐形眼镜。更多关于照片的要求，请参阅：https://travel.state.gov/content/visas/en/general/photos.html (https://travel.state.gov/content/visas/en/general/photos.html)。

## F/M/J 类申请人：

- F/M 类申请人须提交具有学校官方有效签名的I-20 表格，J 类申请人须提交DS-2019 表格。
- 您已缴纳 SEVIS 费用并携带交费确认证明到馆面谈。
- 您目前的 SEVIS 状态是有效的（即Initial 或 Active）。
- 根据最新规定，所有申请F类、M类及J类签证的申请人需在其DS-160签证申请表中，将所有活跃及非活跃的社交媒体账号设置为公开状态，并提供用户名和/或直接链接。此要求旨在协助加快您的申请审核流程。

## L 类申请人：

- 请到领事馆面谈时准备好相应的互惠费或者打假侦查费。对于中国籍的 L 类申请人，互惠费为 L-1 申请人(Individual L)或L-2 申请人每人105 美元。
- Blanket L-1 签证申请人，无论国籍，都需要缴纳500 美元的打假侦查费。如果申请人将受雇于人数超过50 人的美国公司，并且其中 50%以上的员工持有 H1B 或者 L 类非移民身份，无论国籍，均须缴纳4500 美元的边境安全费。
- 请注意领事馆接受以下付款方式：

  - 美元现金；
  - 人民币现金，金额按付款时美国国务院公布的、在申请当日使用的汇率换算；
  - Visa 卡、万事达卡、发现卡、美国运通卡或大来信用证。所有的信用卡交易均以美元结算。

## 签证申请人的陪同人员：

- 如果申请人为长者或者行动不便，可能可以带一位陪同人员进馆，具体需由领事馆确定和决定。
- 14 岁以下的未成年移民签证申请人必须由一位成人陪同，此成人可以是父/母亲，法定监护人，或对其有法定监护权或者合法权益的人以作为申请人的代理人进行宣誓及提交指纹当作在申请上的签字。
- 陪同的成年人必须出示官方的带照片的身份证明。
- 如果陪同的成年人与未成年签证申请人无法律关系，此成年人必须出示一份经未成年人父/母或法定监护人/托管人签名并经过公证的授权声明以作为代理人办理签证相关事宜。
- 由于受签证厅面积所限，本馆无法容纳美国申请人或者律师进入参与签证面谈。有关更多信息，请参阅： https://travel.state.gov/content/visas/en/immigrate/immigrant-process/interview/prepare/appointment.html (https://travel.state.gov/content/visas/en/immigrate/immigrant-process/interview/prepare/appointment.html)。

## 残障人士无障碍设施：

美国领事馆希望确保残障人士或需要特殊帮助（例如：听力或视力障碍、使用轮椅等）的申请人能够充分接受我们的领事服务。如果您需要申请相应的辅助，请于签证面谈日到达领事馆时告知领事馆的工作人员。

**返回顶部**

# Exhibit 4

# Comprehensive Reference Letter for Ms. [Zhang Xueyan]

To the U.S. Consulate General in Guangzhou:

This letter serves to comprehensively verify the relevant circumstances of our employee, [Zhang Xueyan], for the purpose of her [Purpose: Visa Application]. Specific details are as follows:

(a) Proof of Employment Status

This is to certify that [Zhang Xueyan] (Gender: [Female], ID Number: [410725200005299805]) has been employed by our company since [October 9, 2023].

Currently, the employee holds the position of [Designer] in the [Design] department of our company as a full-time staff member. The employment relationship is stable and is expected to continue.

Company Information:

.

Full Company Name: Shenzhen Xinbenchuang Electronics Co., Ltd.

Company Address: Room 508, Unit 8, Building 2, Shangxing Commercial Street, Shangde Road, Shangxing Community, Xinqiao Subdistrict, Bao'an District, Shenzhen

Contact Number: 0755-23286643

Name of Responsible Person: Wang Qian

.

(b) Approved Leave Certification

The Company agrees to Ms. Zhang Xueyan's travel to the United States to participate in legal proceedings related to Case No. 24-cv-11445. In accordance with the Company's leave policy and the employee's leave request, the Company has approved Ms. Zhang Xueyan's leave for the duration of her participation in this case in the United States. The specific number of days will be determined based on the actual needs of the case. The Company confirms this period constitutes lawful paid leave and guarantees her timely return to her position upon completion of the leave.

(c) Proof of Current Residence in China

[Zhang Xueyan]'s current permanent address within China is:
Fuhai Subdistrict, Bao'an District, Shenzhen]. This address constitutes her valid place of residence.

(d) Proof of Family Ties and Obligations in China

To demonstrate her stable family ties and social obligations in China, the employee attaches copies of the following supporting documents for verification:

Household Registration Book: Verifying family members and household registration details.

See Attachment!

Declaration

The Company solemnly declares that all statements herein are true, accurate, and valid. This certification letter is solely for the specified purpose above.

Company Seal:

Signature of Responsible Person: _____ Wang Qian _____

Date: _____ 2026 _____ Year _____ January _____ Month _____ 6 _____ Day

# 住 址 变 动 登 记

| 变 动 后 的 住 址 | 变 动 日 期 | 承办人签章 |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# 常 住 人 口 登 记 卡

户号：120375263　　　　　　　　　　　人号：118145268

| 姓　　　　　名 | 张雪妍 | 户 主 或 与户 主 关 系 | 女 |
|---|---|---|---|
| 曾　用　名 |  | 性　　　别 | 女 |
| 出　生　地 | 河南省原阳县 | 民　　　族 | 汉 |
| 籍　　　贯 | 河南省原阳县 | 出 生 日 期 | 2000-　　　00：00：00 |
| 本市(县)其他住址 |  | 宗教信仰 |  |
| 公 民 身 份证 件 编 号 |  | 身　高 160 | 血　型 |
| 文 化 程 度 | 大学专科和专科学校 | 婚姻状况　未婚 | 兵役状况　未服兵役 |
| 服 务 处 所 | 靳堂乡包北村 | 职　　业 | 学生 |
| 何 时 由 何 地迁 来 本 市（县） | 出生申报：2006.05.06 |  |  |
| 何时由何地迁来本址 | 他所移入：2008.11.20/包厂派出所 |  |  |

承办人签章　　　　　　　　　　　　　　登记日期：2006 年 05 月 06 日

# 注　意　事　项

一、居民户口簿具有证明公民身份状况以及家庭成员间相
　　互关系的法律效力，是户口登记机关进行户籍调查、
　　核对的主要依据。户口登记机关工作人员进行户籍调
　　查、核对时，户主或本户成员应主动交验居民户口簿。

二、户主对居民户口簿应妥善保管，严禁私自涂改、转让、
　　出借。如有遗失，须立即报告户口登记机关。

三、居民户口簿登记权属于户口登记机关，其他任何单位
　　和个人不得在簿上作任何记载。

四、本户如有人员增减或者登记事项发生变动，应持居民
　　户口簿到户口登记机关申报登记。

五、全户迁出户口管辖区的，应向户口登记机关缴销居民
　　户口簿。

| 户　　　别 | 居民家庭户口 | 户主姓名 | 张留奇 | |
|---|---|---|---|---|
| 户　　　号 | | 住　　址 | 河南省原阳县靳堂乡包北村苗家胡同０６７号 | |

　　　管片：包北村警务责任区
派出所：靳堂派出所
居委会：
居民组：





2006 年　05 月　06 日　签发

**Exhibit 5**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Shenzhen Qingsong Haitao Shangwu Co., Ltd | ) |
|     Plaintiff, | ) |
| | )   **Case No. 1:24-cv-11445** |
| v. | ) |
| | )   **Judge Rebecca Pallmeyer** |
| AFG Media, Ltd. | )   **Magistrate Judge Heather McShain** |
|     Defendant. | ) |

---

### AGREED ORDER

As explained in more detail below, the parties are directed to proceed with the depositions of Chinese nationals Lu Jiezhen and Zhang Xueyan on an expedited basis in the United States. Plaintiff will facilitate obtaining Visas for these witnesses for the purpose of their lawful travel to this country. The Parties shall submit a joint status report no later than 30 days from the date of this Order. Enter Order.

### STATEMENT

THIS MATTER comes before the Court following the Joint Status Report Regarding Depositions of Certain Chinese Nationals Residing in China ([25]) and the Minute Order of October 6, 2025 directing the parties to submit a proposed agreed order ([26]). The Court has considered the matter, including the legal basis under which the Court might facilitate the parties' ability and mutual desire to take the depositions of certain Chinese nationals (Lu Jiezhen and Zhang Xueyan) residing in China, at a mutually agreeable time and place within the Chicago, Illinois area that is within the Northern District of Illinois, Eastern Division

In their Joint Status Report, the parties reported:

Counsel for the parties had a telephonic conference on September 24, 2024, in order to discuss a possible agreed protocol, as set forth herein, for the venue for taking the depositions of Chinese nationals, Lu Jiezhen, whose deposition will be taken pursuant to Fed. R. Civ. P. 30(b)(6), and fact witness Zhang Xueyan.

Subject to this Court's approval, the parties are discussing with their respective clients an agreement whereby the above witnesses would appear in person and be deposed at a law office in Chicago, Illinois.

The parties jointly ask this court to enter an order finding that Ms. Jiezhen and Ms. Xueyan's respective deposition testimony is "necessary in the interest of justice" for purposes of issuing a subpoena for deposition or otherwise requiring their personal appearance for a deposition pursuant to 28 U.S.C. §1783, to be held at a law office in Chicago, Illinois, and further finding that it is not reasonably possible to obtain their deposition testimony in admissible form without their personal appearance in the United States in any other manner, because, among other reasons, the witnesses are needed to testify specifically as to various material facts and issues, including authenticating the iterative design drafts and WeChat design communications produced by Plaintiff and the conception, revisions, timing of creation of same.

Counsel for Plaintiff agrees that if this Court enters an order with the findings outlined above, he will make all necessary and reasonable efforts to facilitate the obtaining of Visas for Ms. Jiezhen and Ms. Xueyan on an expedited basis for the purpose of their lawful travel to the United States for their depositions. The parties agree that Ms. Xueyan's deposition will proceed first, followed by Ms. Jiezhen's deposition, at a location in Chicago to be agreed to by the parties.

Plaintiff's counsel has made preliminary representations that Ms. Jiezhen and Ms. Xueyan may not be fluent in English such that their depositions might not be able to proceed without the use of a jointly selected neutral translator able to translate Mandarin to English. Plaintiff's counsel has agreed to verify the accuracy of this preliminary representation, and report the results of that verification to Defendant's counsel on or before October 8, 2025, so that the use of a translator can be avoided to the extent possible, if either or both witnesses are able to reasonably understand spoken English and testify in English at their depositions.

Based on that report the Court makes findings. As set forth below, to facilitate the parties' ability to take the depositions of certain Chinese nationals Lu Jiezhen ("Ms. Lu") and Zhang Xueyan ("Ms. Zhang"), who are currently residing in China, at a mutually agreeable time and place within the Chicago, Illinois area that is within the Northern District of Illinois, Eastern Division.

Accordingly, **IT IS HEREBY ORDERED:**

The Court finds that Ms. Lu and Ms. Zhang's respective deposition testimony is "necessary in the interest of justice" for purposes of issuing a subpoena for deposition or otherwise requiring their personal appearance for a deposition pursuant to 28 U.S.C. §1783, to be held at a law office in Chicago, Illinois at a time and place to be mutually agreed to by counsel, and further finding that it is not reasonably possible to obtain their deposition testimony in

2

admissible form without their personal appearance in the United States in any other manner, because, among other reasons, the witnesses are needed to testify specifically as to various material facts and issues, including authenticating the iterative design drafts and WeChat design communications produced by Plaintiff and the conception, revisions, timing of creation of same.

Having made those findings, and based on counsel's representations as set forth above, the Court further Orders that Counsel for Plaintiff make all necessary and reasonable efforts to facilitate the obtaining of Visas for Ms. Lu and Ms. Zhang on an expedited basis for the purpose of their lawful travel to the United States for their depositions as set forth herein. The Parties shall submit a joint status report no later than 30 days from the date of this Order.

Further, as noted above, Plaintiff's counsel has made preliminary representations that Ms. Lu and Ms. Zhang may not be fluent in English such that their depositions might not be able to proceed without the use of a jointly selected neutral translator able to translate Mandarin to English. Plaintiff's counsel reports that he has investigated the accuracy of his preliminary representation in that regard, and that he reported to Defendant's counsel on October 8, 2025 that neither Ms. Lu nor Ms. Zhang can testify effectively in English and that a Mandarin interpreter is required; accordingly, the parties will use a jointly selected neutral Mandarin–English interpreter for each deposition. Therefore, Plaintiff's counsel agrees that a translator will be necessary for the subject depositions.

Dated: October 27, 2025                                   ENTERED:


                                                                  _____
                                                                  REBECCA R. PALLMEYER
                                                                  United States District Judge

3